**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
QIANA FLYNN,

                        Plaintiff,

      -against-                                                21 **CIVIL** 2871 (NRB)

## JUDGMENT

BRONX PARENT HOUSING NETWORK, VICTOR
RIVERA, and THE CITY OF NEW YORK,

                        Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 22, 2023, the City's motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

       May 23, 2023

                                                                      **RUBY J. KRAJICK**

                                                                        Clerk of Court

                                **BY:**

                                                                          **Deputy Clerk**